UNITED STATES DISTRICT COURT
District of New Jersey

UNITED STATES OF AMERICA

v.

ALAN MICHAEL WALSH

Defendant.

CASE NUMBER   3:09-CR-00624-FLW-1

**JUDGMENT IN A CRIMINAL CASE**
**(For Revocation of Probation or Supervised Release)**
**(For Offenses Committed On or After November 1, 1987)**

The defendant, ALAN MICHAEL WALSH, was represented by ADAM K. AXEL, AFPD.

The defendant admitted guilt to violation number 1 as stated on the violation petition.   Accordingly, the court has adjudicated that the defendant is guilty of the following violation:

| Violation Number | Nature of Violation |
| --- | --- |
| 1 | Restricted Contact with Minors |

As pronounced on November 07, 2022, the defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.  Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on 3/31/2010 remain in full force and effect, if not already paid.

Signed this  8th  day of November, 2022.

Freda L. Wolfson
U.S. District Judge

Defendant: ALAN MICHAEL WALSH  
Case Number: 3:09-CR-00624-FLW-1

Judgment - Page 2 of 2

# SUPERVISED RELEASE

It is ordered and adjudged that the offender be continued on supervised release subject to all previously imposed standard and special conditions, with the following additional condition:

You must comply with the following special conditions:

DENIAL OF COMPUTER

You must not possess, procure, purchase, or otherwise obtain access to any form of computer network, bulletin board, internet, or exchange format involving computers unless specifically approved by the U.S. Probation Office. Any dispute as to the applicability of this condition will be decided by the Court.

*(In accordance with Third Circuit case law, this condition shall only be recommended for offenses that involve the following statutes: 18 §§ 2241, 2242, 2243(a) & (b), 2244, 2421, 2422, 2423, 2325, 2251, 2260(b), 2251(a), 2252(A)(g), 2252(B) & (C), 1591, 1460, 1462, 1463, 1465, 1470, and 8 § 1328).*

---

*For Official Use Only - - - U.S. Probation Office*

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

You shall carry out all rules, in addition to the above, as prescribed by the Chief U.S. Probation Officer, or any of his associate Probation Officers.

(Signed)_____

    Defendant                                        Date

_____

    U.S. Probation Officer/Designated Witness         Date