PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Alan Michael Walsh  Cr.: 09-00624-001
PACTS #: 54568

Name of Sentencing Judicial Officer:   THE HONORABLE MARY L. COOPER
UNITED STATES DISTRICT JUDGE

Name of Newly Assigned Judicial Officer:   THE HONORABLE FREDA L WOLFSON
CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/31/2010

Original Offense:   Count 1: Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2, a Class C Felony

Original Sentence: 84 months imprisonment, Lifetime Supervision

Violation Action: 11/07/2022 Restricted Contact with Minors

Violation Sentence: Continue on supervision with an added special condition for denial of computers

Special Conditions: Alcohol and Substance Abuse Testing and Treatment, Financial Disclosure, Mental Health Treatment, No New Debt, No Contact with Minors, Sex Offender Registration, DNA testing, Computer/Internet Restrictions, Device Monitoring, Sex Offender Registration, Denial of Computer (added November 7, 2022)

Type of Supervision: Supervised Release                Date Supervision Commenced: 05/03/2016

## NONCOMPLIANCE SUMMARY
The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number   Nature of Noncompliance

1   The individual under supervision has violated the special supervision condition which states **'You must submit to an initial polygraph examination and subsequent maintenance testing, at intervals to be determined by the U.S. Probation Office, to assist in treatment, planning, and case monitoring. You will be required to contribute to the costs of services rendered in an amount to be determined by the U.S. Probation Office, based on ability to pay or availability of third-party payment.'**

On March 7, 2023, Mr. Walsh participated in a polygraph examination at Forensic Polygraph Associates. Mr. Walsh was asked questions specific to viewing of sexually explicit images, videos, or anime of anyone under the age of 18 and accessing of any internet capable devices that are not approved by the Probation Office.

It is the opinion of the examiner that Mr. Walsh showed significant reaction to the question related to viewing sexually explicit images, videos, or anime of

Prob 12A – page 2
Alan Michael Walsh

someone that is under the age of 18. When asked, Mr. Walsh adamantly denied viewing any sexually explicit images.

U.S. Probation Officer Action:
Mr. Walsh was sentenced on March 31, 2010, by the Honorable Mary L. Cooper for Possession of Child Pornography. He was sentenced to 84 months in custody and a life term of supervised release. On November 7, 2022, Mr. Walsh appeared before the Honorable Freda L. Wolfson, Chief U.S. District Judge, for a final revocation hearing based on a violation related to viewing of child pornography on his cellular phone. Mr. Walsh's term of supervision was continued and a special condition for denial of computer was added.

We are now writing to inform the Court that Mr. Walsh's most recent polygraph test showed deception. Mr. Walsh adamantly denied viewing or accessing any sexually explicit images of anyone under the age of 18. Currently, Mr. Walsh has a flip phone with no internet capabilities. Prior to his polygraph, Mr. Walsh requested that the probation office allow him internet access. This request was denied.

Mr. Walsh continues to attend weekly sex-offender specific treatment at Rutgers Behavioral Health in Newark, New Jersey. The probation office will continue to closely monitor Mr. Walsh's engagement and participation in treatment and conduct random manual inspections of his device. Mr. Walsh's polygraph will be repeated in several months to determine any non-compliance. We are kindly requesting no formal action at this time.

Respectfully submitted,
SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: IVETTELIS PEREZ
Senior U.S. Probation Officer

/ ip

APPROVED:

_____  March 24, 2023
CARRIE H. BORONA          Date
Supervising U.S. Probation Officer

Please check a box below to indicate the Court's direction regarding action to be taken in this case:

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)[1]

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

3/27/23
Date

---

[1] The Court has reviewed and considered the Noncompliance Summary. The Court has grave concerns considering the offender was sentenced in November of 2022 for visiting numerous websites depicting child pornography. However, the Court will take no action in light of Probation's recommendation and because Probation, which maintains the closest contact with the offender, recommends that no formal action be taken at this time. Probation is directed to immediately advise this Court of any continued noncompliance by Mr. Walsh.